# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Middlebrooks, Donald M. | U.S.D.C. - S.D. FLA (WPB) | 06/15/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Ct. Judge-Active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  <br> 5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 701 Clematis Street, Room 257 <br> West Palm Beach, FL 33401 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner (22.5% Interest) | Lake Lucy Groves (Operations and most of assets sold - See Section VIII) |
| 2. 50% Owner | Billie Moore Farms, LLC, a Georgia Limited Liability Compnay |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUN 23 A 10: 28 FINANCIAL DISCLOSURE OFFICE

Middlebrooks, Donald M

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M. | 06/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Palm Beach County School Board - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M. | 06/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lake Lucy Groves, Lake Cty, FL | A | Int./Div. | L | W | | | | | |
| 2. Coca Cola Common Stock | D | Dividend | N | T | | | | | |
| 3. Berkshire Hathaway Common Stock A | | None | P1 | T | Buy (add'l) | 4/22 | M | | |
| 4. | | | | | Buy (add'l) | 11/19 | M | | |
| 5. Berkshire Hathaway Common Stock B | | None | M | T | Buy (add'l) | 3/17 | K | | |
| 6. | | | | | Buy (add'l) | 10/9 | K | | |
| 7. | | | | | Buy (add'l) | 10/24 | K | | |
| 8. | | | | | Buy (add'l) | 10/28 | K | | |
| 9. General Electric | B | Dividend | L | T | Buy (add'l) | 4/11 | K | | |
| 10. | | | | | Buy (add'l) | 9/11 | J | | |
| 11. | | | | | Buy (add'l) | 10/9 | K | | |
| 12. | | | | | Buy (add'l) | 10/23 | K | | |
| 13. | | | | | Buy (add'l) | 10/27 | K | | |
| 14. | | | | | Buy (add'l) | 11/17 | J | | |
| 15. Wm Wrigley | A | Dividend | | | Sold | 5/2 | K | E | |
| 16. Exxon Mobil Common Stock A | B | Dividend | M | T | | | | | |
| 17. Intel Corporation Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Microsoft Corporation Common Stock | A | Dividend | K | T | | | | | |
| 19. Johnson & Johnson Common Stock | A | Dividend | K | T | | | | | |
| 20. I Shares MSCI Emerging Markets Index Fund | B | Dividend | N | T | Sold (part) | 6/20 | L | E | |
| 21. I Shares MSCI EAFE Index Fund | C | Dividend | M | T | Sold (part) | 6/20 | L | E | |
| 22. UTS SPDR Trust Series I | B | Dividend | M | T | Sold (part) | 6/20 | L | C | |
| 23. Vanguard Total Stock Mkt Viper | C | Dividend | M | T | Sold (part) | 6/20 | K | B | |
| 24. I Shares Trust Lehman Bond Fund | D | Interest | | | Sold | 6/20 | M | A | |
| 25. Corning Common Stock | | None | J | T | | | | | |
| 26. U.S. Treasury Notes | D | Interest | L | T | Sold (part) | 6/20 | L | A | |
| 27. Federal Home Loan Bank | | None | | | Sold (part) | 10/9 | L | A | |
| 28. | | | | | Sold | 10/23 | K | A | |
| 29. Federal Nat. Mtg. Ass'n Med. Term Notes | C | Interest | L | T | Redeemed (part) | 1/25 | L | A | |
| 30. Federal Farm Credit Bonds | D | Interest | L | T | Buy (add'l) | 1/31 | L | | |
| 31. | | | | | Sold (part) | 10/24 | L | A | |
| 32. .2279279% Int. in ████████ in Airport Ind. Pk. Orlando | | None | K | Q | | | | | |
| 33. Holwood, Inc. | | None | K | W | | | | | |
| 34. Level 3 Communication Inc. CV | A | Interest | J | T | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,000 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Middlebrooks, Donald M. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Citibank, N.A. Bank Deposit Program (Cash) | C | Interest | M | T | | | | | |
| 36. US Tsy Inflation Index NTS DTD 1/15/2001 | D | Interest | M | T | Sold (part) | 11/19 | L | A | |
| 37. Northern Trust Checking Account | B | Interest | K | T | | | | | |
| 38. Google Common Stock | | None | K | T | Buy (add'l) | 10/6 | J | | |
| 39. | | | | | Sold (part) | 10/27 | J | | |
| 40. Currency Shares Euro Trust | | None | | | Sold | 4/22 | L | C | |
| 41. Leucadia National | A | Dividend | L | | Buy | 5/2 | L | | |
| 42. | | | | | Buy (add'l) | 7/7 | J | | |
| 43. | | | | | Buy (add'l) | 10/9 | K | | |
| 44. | | | | | Buy (add'l) | 10/17 | J | | |
| 45. | | | | | Buy (add'l) | 10/23 | J | | |
| 46. | | | | | Buy (add'l) | 10/27 | J | | |
| 47. Billie Moore Farms, LLC | | None | M | R | Buy | 7/18 | M | | Larry Stewart |
| 48. Currency Shares Australian Dollar | A | Int./Div. | | | Buy | 2/11 | L | | |
| 49. | | | | | Sold | 4/22 | L | C | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Item Number(From Part VII):

1 As noted previously, virtually all assets of Lake Lucy Groves were sold. Other than a small amount of cash in the checking account, the only remaining assets are an interest in, pursuant to the sales contract,█ unplatted residential lots which have not yet been transferred to the partnership.

32. Appraisal Date 8/6/94.

33. Previously disclosed shares in █ corporation given to █ Timberland in Crawfordville, GA sole asset of corporation.

40. Billie Moore Farms, LLC is a █ corporation. I own 50% and █ owns 50%. Its sole asset is land in Crawfordville, Georgia. It was purchased on July 18, 2008 for $290,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M. | 06/15/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544